UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Federal Deposit Insurance
Corporation as Receiver for
IndyMac Bank, F.S.B.
            Plaintiff(s),

CASE NO. 11-3260-CW

v.

Judith A. Warren, an individual dba
J Warren Appraisal Service, et al.
            Defendant(s).

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒ Private ADR (*please identify process and provider*) The parties will participate in private mediation. Mediator to be selected and mediation completed by May 14, 2012.

The parties agree to hold the ADR session by:
☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒ other requested deadline May 14, 2012

Dated: September 22, 2011

_____
Attorney for Plaintiff

Dated: September 2, 2011

_____
Attorney for Defendant Warren

Dated: September ___, 2011

_____
Attorney for Defendant Dennis

Dated: _____

American LegalNet, Inc.
www.USCourtForms.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Federal Deposit Insurance
Corporation as Receiver for
IndyMac Bank, F.S.B.
                    Plaintiff(s),

v.

Judith A. Warren, an individual dba
J Warren Appraisal Service, et al.
                      Defendant(s).
/

CASE NO. 11-3260-CW

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒ Private ADR (*please identify process and provider*) The parties will participate in private mediation. Mediator to be selected and mediation completed by May 14, 2012.

The parties agree to hold the ADR session by:
☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒ other requested deadline    May 14, 2012

Dated: September ___, 2011
                                                Attorney for Plaintiff

Dated: September ___, 2011
                                                Attorney for Defendant Warren

Dated: September 22, 2011
                                                Attorney for Defendant Dennis

Dated: _____

American LegalNet, Inc.
www.USCourtForms.com

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☒ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☒ other  May 14, 2012

IT IS SO ORDERED.

Dated: 9/27/2011

*[signature]*

UNITED STATES JUDGE

Doc No. 900337

American LegalNet, Inc.
www.USCourtForms.com