IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for INDYMAC BANK, F.S.B,<br><br>    Plaintiff,<br><br>  v.<br><br>JUDITH A. WARREN, an individual d/b/a J WARREN APPRAISAL SERVICE type of entity unknown; PATRICIA L. DENNIS, an individual d/b/a BOHANNON APPRAISAL, type of entity unknown; and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____/ | No. C 11-3260 CW<br><br>ORDER RESCHEDULING OCTOBER 18, 2011 CASE MANAGEMENT CONFERENCE |

    The parties in this action are scheduled to appear for a case management conference on October 18, 2011 at 2:00 pm.  This case management conference is reset for October 27, 2011 at 2:00 pm, the date and time when the parties are also due to appear for a hearing on Plaintiff's pending motion to strike.

    IT IS SO ORDERED.

Dated:  October 14, 2011

                                    CLAUDIA WILKEN<br>                                    United States District Judge