AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## NORTHERN District of CALIFORNIA

FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.
                 Plaintiff (s),

V.

JUDITH A. WARREN, et al.
                 Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C-11-03260-CW

Notice is hereby given that, subject to approval by the court, **FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.** (Party (s) Name) substitutes **SUSAN D. CONDON** (Name of New Attorney), State Bar No. **143417** as counsel of record in place of **Vanessa H. Widener and Jennifer S. Muse.** (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | GCA LAW PARTNERS LLP |
| Address: | 1891 Landings Dr., Mountain View, CA 94043 |
| Telephone: | (650) 428-3900       Facsimile (650) 428-3901 |
| E-Mail (Optional): | scondon@gcalaw.com |

I consent to the above substitution.

Date: January 10, 2012

FEDERAL DEPOSIT INSURANCE CORPORATION

*[signature]*
(Signature of Party (s))

I consent to being substituted.

Date: January 17, 2012

ANDERSON, McPHARLIN & CONNERS LLP
/s/ Vanessa H. Widener /s/
/s/ Jennifer S. Muse /s/
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: January 18, 2012

GCA LAW PARTNERS LLP
/s/ Susan D. Condon /s/
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/20/2012

*[signature]*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com