AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## NORTHERN District of CALIFORNIA

FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.
          Plaintiff (s),
V.
JUDITH A. WARREN, et al.
          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C-11-03260-CW

Notice is hereby given that, subject to approval by the court, FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B. (Party (s) Name) substitutes SUSAN D. CONDON (Name of New Attorney), State Bar No. 143417 as counsel of record in place of Vanessa H. Widener and Jennifer S. Muse. (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
    Firm Name: GCA LAW PARTNERS LLP
    Address: 1891 Landings Dr., Mountain View, CA 94043
    Telephone: (650) 428-3900   Facsimile (650) 428-3901
    E-Mail (Optional): scondon@gcalaw.com

I consent to the above substitution.
Date: January 10, 2012

FEDERAL DEPOSIT INSURANCE CORPORATION
(Signature of Party (s))

I consent to being substituted.
Date: January 17, 2012

ANDERSON, McPHARLIN & CONNERS LLP
/s/ Vanessa H. Widener /s/
/s/ Jennifer S. Muse /s/
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: January 18, 2012

GCA LAW PARTNERS LLP
/s/ Susan D. Condon /s/
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/20/2012

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com