Steve W. Dollar, Esq. [SBN 104365]
Nathaniel R. Lucey, Esq. [SBN 260796]
ERICKSEN ARBUTHNOT
152 North Third Street, Suite 700
San Jose, CA  95112
Telephone: (408) 286-0880
Facsimile: (408) 286-0337

Attorneys for Defendants
JUDITH A. WARREN, an individual and
d/b/a J WARREN APPRAISAL SERVICE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> vs. <br><br> JUDITH A. WARREN, an individual d/b/a J WARREN APPRAISAL SERVICE, type of entity unknown; PATRICIA L. DENNIS, an individual d/b/a BOHANNON APPRAISAL, type of entity unknown, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case Number C-11-03260-CW <br><br> **[PROPOSED] ORDER GRANTING REQUEST TO APPEAR BY COURTCALL FOR JUNE 28, 2012 CASE MANAGEMENT CONFERENCE** <br><br> Date: June 28, 2011 <br> Time: 2:00 p.m. <br> Place: Courtroom 2, Fourth Floor |

The REQUEST TO APPEAR BY COURTCALL FOR JUNE 28, 2012 CASE MANAGEMENT CONFERENCE by JUDITH A WARREN, an individual and d/b/a WARREN APPRAISAL SERVICE is granted.

Dated: _6/1/2012_____

_____
Judge Of The United States District Court

1