Peter C. Catalanotti, SBN 230743
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
One California Street, Suite 1100
San Francisco, CA 94111
Telephone:   (415) 217-6990
Facsimile:   (415) 217-6999

Attorneys for Defendant
PATRICIA L. DENNIS, an individual
d/b/a BOHANNON APPRAISAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for INDYMAC BANK, F.S.B.,<br><br>Plaintiff,<br><br>vs.<br><br>JUDITH A. WARREN, an individual d/b/a J WARREN APPRAISAL SERVICE, type of entity unknown, PATRICIA L. DENNIS, an individual d/b/a BOHANNON APPRAISAL, type of entity unknown, and DOES 1 through 10, inclusive,<br><br>Defendants. | Civil Action No.: 4:11-cv-03260-CW<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST AND REQUEST FOR COUNSEL TO PARTICIPATE TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Date:         June 28, 2012<br>Time:         2:00 p.m.<br>Courtroom:   2, 4th Floor |

The request by Defendant Patricia L. Dennis, an individual d/b/a Bohannon Appraisal to appear by CourtCall at the June 28, 2012 Case Management Conference is granted.

Dated: 6/5/2012            By: _____
                                Judge Of The United States District Court

-1-

ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT CMC