IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORP. as Receiver for INDYMAC BANK, F.S.B.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUDITH A. WARREN, et al.,<br><br>　　　　Defendants.<br>_____/ | No. 11-3260 CW<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE OPPOSITION BRIEF (DOCKET NO. 64) |

　　On October 29, 2012, Defendant Judith Warren moved for leave to file an Opposition to Plaintiff Federal Deposit Insurance Corporation's Cross-Motion for Summary Judgment.

　　After reviewing the parties' papers, the Court GRANTS Defendant's motion (Docket No. 64).  Defendant may file an Opposition of no more than five pages within one day of the date of this order.  Plaintiff may file a responsive brief within seven days of service of Defendant's Opposition.  The motions hearing scheduled for November 29, 2012, is continued until December 6, 2012.

　　IT IS SO ORDERED.

Dated: 10/31/2012

　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　United States District Judge