IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEDERAL DEPOSIT INSURANCE CORPORATION,

    Plaintiff,

  v.

JUDITH WARREN, et al.,

    Defendants.

No. C 11-3260 CW

ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT

On October 17, 2012, Plaintiff Federal Deposit Insurance Corporation (FDIC) and Defendant Patricia Dennis filed a notice of settlement in principle. Docket No. 58. In that notice, the parties stated that they expected to finalize their written settlement agreement and dismiss all claims against Dennis by December 17, 2012. As of the date of this order, the parties still have yet to notify the Court whether they have finalized their written settlement agreement.

Accordingly, FDIC and Dennis are directed to file a joint status report within seven days informing the Court whether or not they have finalized their written settlement agreement. If the parties have finalized their agreement, then they may file a notice of voluntary dismissal in lieu of a joint status report.

IT IS SO ORDERED.

Dated: 1/24/2013

CLAUDIA WILKEN
United States District Judge