Steve W. Dollar, Esq. [SBN 104365]
Nathaniel R. Lucey, Esq. (SBN 260796)
ERICKSEN ARBUTHNOT
152 North Third Street, Suite 700
San Jose, CA 95112
Telephone: (408) 286-0880
Facsimile: (408) 286-0337

Attorneys for Defendant
JUDITH A. WARREN, an individual dba
WARREN APPRAISAL SERVICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.,<br><br>Plaintiff,<br><br>vs.<br><br>JUDITH A. WARREN, an individual d/b/a WARREN APPRAISAL SERVICE, type of entity unknown, PATRICIA L. DENNIS, an individual d/b/a BOHANNON APPRAISAL, type of entity unknown, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case Number CV11-3260-CW (NJV)<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL CONFERENCE AND DATE TO FILE PRETRIAL DOCUMENTS |

Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B. (FDIC-R) and Defendant JUDITH A. WARREN, an individual d/b/a WARREN APPRAISAL SERVICE (Warren) hereby stipulate to the following:

WHEREAS the Court has ordered that the parties in this matter submit to the Court the trial documents set forth in Section 3 of its Order for Pretrial Preparation on June 12, 2013.

WHEREAS the pretrial conference in this matter is set for June 26, 2013.

WHEREAS the parties believe that they have reached a settlement but the settlement must pass through the FDIC-R's formal approval channels before the settlement can be accepted by the FDIC-R.

WHEREAS FDIC-R believes it will know whether it has formal approval of the

---

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE TO FILE PRETRIAL DOCUMENTS
AND PRETRIAL CONFERENCE

settlement terms by or before June 20, 2013.

WHEREAS the filing of the trial documents on June 12, 2013 will needlessly cause the parties to incur further legal expenses and costs in the event of settlement.

WHEREAS the filing of the trial documents on June 12, 2013 will needlessly burden the Court and court staff in the event of a later settlement

WHEREAS the filing of the trial documents on June 12, 2013 and will cause the Court to review motions that could be made moot in the event of settlement.

THEREFORE it is stipulated and agreed between the parties, through their counsel, that the pretrial conference currently set for June 26, 2013 be continued to July 3, 2013. All trial documents to be filed and served on June 12, 2013 pursuant to the Order for Pretrial Preparation shall now be filed and served on June 20, 2013.

IT IS SO STIPULATED

Date: 6/7, 2012

Michael Delbick, Esq.
Mortgage Recovery Law Group
*Attorneys for Federal Deposit Insurance Corporation as Receiver for Indymac Bank, F.S.B*

Date: 6/7, 2012

Steve W. Dollar, Esq.
Nathaniel R. Lucey, Esq.
Ericksen Arbuthnot
*Attorneys for Judith A. Warren, an individual dba Warren Appraisal Service*

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing IT IS HEREBY ORDERED THAT THE Pretrial Conference currently set for June 26, 2013 shall be continued to July 3, 2013. All trial documents to be filed and served on June 12, 2013 pursuant to the Order for Pretrial Preparation shall now be filed and served on June 20, 2013. In the event the parties reach a formal settlement, Plaintiff shall file a Notice of Settlement on or before June 20, 2013.

Date: 6/10/2013

United States District Court Judge