UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., | Case Number CV11-3260-CW |
| Plaintiff, | [PROPOSED] ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION |
| vs. | |
| JUDITH A. WARREN, an individual d/b/a WARREN APPRAISAL SERVICE, type of entity unknown, PATRICIA L. DENNIS, an individual d/b/a BOHANNON APPRAISAL, type of entity unknown, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Based upon the stipulation of the parties, and for good cause shown, it is hereby ordered that the above-entitled action be dismissed in its entirety with prejudice, each party to bear its own costs and fees.

**IT IS SO ORDERED**.

DATED:_____1/14/2014_____      _____
                                 CLAUDIA WILKEN
                                 UNITED STATES DISTRICT JUDGE